**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10081 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01329-GMS-1 |
| v. | |
| ROSENDO RODRIGUEZ-ZETINA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted February 21, 2012[**]

Before:    FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

Rosendo Rodriguez-Zetina appeals from his guilty-plea conviction and 41-

month sentence for being found in the United States after removal, in violation of

8 U.S.C. § 1326(a).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Rodriguez-Zetina's counsel has filed a brief stating there are no grounds for relief,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.